# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SAMUEL BROWN III, NATURAL PERSON, AND AS JOINT TENANT TRUSTEE WITH THE RIGHT OF SURVIVORSHIP, | : | No. 66 MAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA DEPARTMENT OF REVENUE BUREAU OF INDIVIDUAL TAXES, MEGAN SWISHER, AND DANIEL P. MEUSER, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.